**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1100**

———————

In re: TOTAL AUTO FINANCING LLC,

          Debtor.

---------------------------------

ELSHAN BAYRAMOV,

          Appellant,

    v.

JOLENE E. WEE, Chapter 11 Trustee,

          Trustee - Appellee,

    and

AMERICAN CREDIT ACCEPTANCE, LLC,

          Creditor - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-01372-CMH-WEF)

———————

Submitted:  September 25, 2025          Decided:  September 29, 2025

———————

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

---

Elshan Bayramov, Appellant Pro Se.  Dylan Gillespie Trache, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Washington, D.C., for Trustee - Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elshan Bayramov seeks to appeal the district court's order affirming the bankruptcy court's orders authorizing the Fed. R. Bankr. P. 2004 examination of Bayramov and denying his motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Bayramov seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*